■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN W. PAYNE, Appellant. [696 NYS2d 925] —Judgment unanimously affirmed. Memorandum: Defendant's knowing, voluntary and intelligent waiver of the right to appeal encompasses defendant's challenge to the severity of the sentence (*see, People v Allen,* 82 NY2d 761, 763; *see also, People v Hidalgo,* 91 NY2d 733, 737). In any event, the negotiated sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County, Wolfgang, J.—Manslaughter, 1st Degree.) Present—Green, J. P., Lawton, Pigott, Jr., Scudder and Balio, JJ.